UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60943-RAR

**RYAN QUINTERO**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**DOLLAR FINANCIAL GROUP, INC.**,
*d/b/a* The Check Cashing Store,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 16] ("Notice"), filed on July 14, 2023. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Plaintiff Ryan Quintero's individual claims, and **DISMISSED** *without prejudice* as to the claims of the putative class members. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of July, 2023.

                                                      **RODOLFO A. RUIZ II**
                                                      **UNITED STATES DISTRICT JUDGE**